UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SANDRA K. STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-CV-113-DCP |
| | ) | |
| KILOLO KIJAKAZI[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Judgment on the Pleadings [**Doc. 20**] is **GRANTED IN PART**, and Defendant's Motion for Summary Judgment [**Doc. 23**] is **DENIED**. This case is **REMANDED** to the SSA for the ALJ to appropriately evaluate the medical opinion of Dr. Thomas F. Mullady. Once a new analysis of Dr. Mullady's opinion is conducted, the ALJ will be required to redetermine or further explain his decision that Plaintiff could perform light work, considering all of Plaintiff's impairments.

**IT IS SO ORDERED.**

ENTER:

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT

Debra C. Poplin
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration ("the SSA") on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit. *See* 42 U.S.C. § 405(g).