UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| SANDRA STEPHENSON, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | No. 1:20-CV-113-DCP |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | ) ) ) ) |  |
| Defendant. | ) |  |

# ORDER

Having received the joint stipulation [Doc. 29] of the parties in the matter pending now before the Court and upon review of the record, **IT IS HEREBY ORDERED** that attorney fees in the amount of $6,234.00 and expenses in the amount of $21.30 be paid to Plaintiff under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States. If Plaintiff owes no debt to the United States, the payment of EAJA fees can be made to Plaintiff's counsel per the fee assignment [Doc. 28-4].

**IT IS FURTHER ORDERED** that the petition for fees now pending [**Doc. 28**] will be **DISMISSED WITH PREJUDICE** pursuant to the Parties' agreement incorporated herein by reference.

ENTER:

Debra C. Poplin
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration ("the SSA") on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit. *See* 42 U.S.C. § 405(g).